# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: TERPENING, GUY P. § Case No. 15-33689-ABG
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 02, 2015. The undersigned trustee was appointed on October 02, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         150,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 50,039.42 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 84,960.58 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/23/2016 and the deadline for filing governmental claims was 03/30/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,824.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,824.60, for a total compensation of $7,824.60.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2016           By: /s/ILENE F. GOLDSTEIN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-33689-ABG  
**Case Name:** TERPENING, GUY P.  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/02/15 (f)  
**§341(a) Meeting Date:** 11/12/15  

**Period Ending:** 03/18/16  
**Claims Bar Date:** 02/23/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account - Alliant Credit Union  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 2  Checking account - Baxter Credit Union  Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 3  Older miscellaneous furniture  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4  Men's clothes, shoes, coats  Imported from original petition Doc# 1 | 450.00 | 0.00 | | 0.00 | FA |
| 5  Workers Compensation Claim  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 6  Personal injury claim - value unknown.  Imported from original petition Doc# 1 | 25,000.00 | 10,000.00 | | 150,000.00 | FA |
| 7  2005 Ford F250 pick-Up truck with over 107,000 m  Imported from original petition Doc# 1 | 9,650.00 | 9,650.00 | | 0.00 | FA |
| 8  2014 Flatbead trailer 7x18  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9  1995 Harley Davidson Motorcycle with over 35,000  Imported from original petition Doc# 1 | 2,500.00 | 100.00 | | 0.00 | FA |
| 10  20-year old handtools  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 10  Assets  Totals (Excluding unknown values) | **$40,950.00** | **$19,750.00** | | **$150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**            **Current Projected Date Of Final Report (TFR):**

Printed: 03/18/2016 10:35 AM    V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 15-33689-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | TERPENING, GUY P. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5666 - Checking Account |
| Taxpayer ID #: | **-***0945 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/18/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/11/16 | {6} | Mahoney Crowe & Goldrick CFA | PERSONAL INJURY SETTLEMENT | 1129-000 | 150,000.00 | | 150,000.00 |
| 03/16/16 | 101 | Thomas A. Goldrick and Law Offices of Mahoney Crowe & Goldri | Special Counsel Fees | 3210-600 | | 50,000.00 | 100,000.00 |
| 03/16/16 | 102 | Thomas A. Goldrick and Law Offices of Mahoney Crowe & Goldri | Special Counsel expenses | 3220-610 | | 39.42 | 99,960.58 |
| 03/16/16 | 103 | Guy Terpening | Exemption | 8100-002 | | 15,000.00 | 84,960.58 |
| | | | **ACCOUNT TOTALS** | | 150,000.00 | 65,039.42 | **$84,960.58** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 150,000.00 | 65,039.42 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$150,000.00** | **$50,039.42** | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 150,000.00 | | | |
| Less Payments to Debtor : | 15,000.00 | | | |
| Net Estate : | $135,000.00 | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5666** | 150,000.00 | 50,039.42 | 84,960.58 |
| | **$150,000.00** | **$50,039.42** | **$84,960.58** |

{} Asset reference(s)

Printed: 03/18/2016 10:35 AM    V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 23, 2016

**Case Number:** 15-33689-ABG  
**Debtor Name:** TERPENING, GUY P.

Page: 1

**Date:** March 18, 2016  
**Time:** 10:35:15 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 91492.07] | $7,824.60 | $0.00 | 7,824.60 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $5,650.00 | $0.00 | 5,650.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $178.08 | $0.00 | 178.08 |
| 1<br>610 | Alliant Credit Union<br>11545 W. Touhy Avenue<br>Chicago, IL 60666 | Unsecured | History: Details1-101/27/2016Claim #1 filed by Alliant Credit Union, Amount claimed: $10113.51 (Strube, Maureen )<br>-------------------------------------------------------------------------------* * * | $10,113.51 | $0.00 | 10,113.51 |
| 2<br>610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details2-102/04/2016Claim #2 filed by American Express Bank, FSB, Amount claimed: $2233.99 (Brown, Lynn )<br>-------------------------------------------------------------------------------* * * | $2,233.99 | $0.00 | 2,233.99 |
| 3<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details3-102/11/2016Claim #3 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $2103.87 (Gaines, Susan )<br>-------------------------------------------------------------------------------* * * | $2,103.87 | $0.00 | 2,103.87 |
| 4<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details4-102/18/2016Claim #4 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $2904.76 (Benbow, Erica )<br>-------------------------------------------------------------------------------* * * | $2,904.76 | $0.00 | 2,904.76 |
| 5<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details5-102/18/2016Claim #5 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $1567.05 (Benbow, Erica )<br>-------------------------------------------------------------------------------* * * | $1,567.05 | $0.00 | 1,567.05 |
| 6<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details6-102/18/2016Claim #6 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $2021.55 (Benbow, Erica )<br>-------------------------------------------------------------------------------* * * | $2,021.55 | $0.00 | 2,021.55 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 23, 2016

**Case Number:** 15-33689-ABG  
**Debtor Name:** TERPENING, GUY P.

Page: 2

**Date:** March 18, 2016  
**Time:** 10:35:15 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | Department Store National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Unsecured | History: Details7-102/23/2016Claim #7 filed by Department Store National Bank, Amount claimed: $2328.38 (Shepherd, Jennifer ) --------------------------------------------------------------------------------* * * | $2,328.38 | $0.00 | 2,328.38 |
| 8 610 | Department Store National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Unsecured | History: Details8-102/23/2016Claim #8 filed by Department Store National Bank, Amount claimed: $870.31 (Shepherd, Jennifer ) --------------------------------------------------------------------------------* * * | $870.31 | $0.00 | 870.31 |
| 9 610 | Citibank, N.A. c/o Quantum3 Group LLC PO Box 280 Kirkland, WA 98083-0788 | Unsecured | History: Details9-102/23/2016Claim #9 filed by Citibank, N.A., Amount claimed: $3617.40 (Shepherd, Jennifer ) --------------------------------------------------------------------------------* * * | $3,617.40 | $0.00 | 3,617.40 |
| 1I 640 | Alliant Credit Union 11545 W. Touhy Avenue Chicago, IL 60666 | Unsecured | | $14.26 | $0.00 | 14.26 |
| 2I 640 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $3.15 | $0.00 | 3.15 |
| 3I 640 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $2.97 | $0.00 | 2.97 |
| 4I 640 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $4.10 | $0.00 | 4.10 |
| 5I 640 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $2.21 | $0.00 | 2.21 |
| 6I 640 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $2.85 | $0.00 | 2.85 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 23, 2016

**Case Number:** 15-33689-ABG
**Debtor Name:** TERPENING, GUY P.

Page: 3

**Date:** March 18, 2016
**Time:** 10:35:15 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7I 640 | Department Store National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Unsecured | | $3.28 | $0.00 | 3.28 |
| 8I 640 | Department Store National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Unsecured | | $1.23 | $0.00 | 1.23 |
| 9I 640 | Citibank, N.A. c/o Quantum3 Group LLC PO Box 280 Kirkland, WA 98083-0788 | Unsecured | | $5.10 | $0.00 | 5.10 |
| SURPLUS 650 | TERPENING, GUY P. 1525 MELROSE AVE. WAUKEGAN, IL 60085 | Unsecured | | $43,507.93 | $0.00 | 43,507.93 |
| **<< Totals >>** | | | | 84,960.58 | 0.00 | 84,960.58 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-33689-ABG
Case Name: TERPENING, GUY P.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 84,960.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 84,960.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 7,824.60 | 0.00 | 7,824.60 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 5,650.00 | 0.00 | 5,650.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 178.08 | 0.00 | 178.08 |

Total to be paid for chapter 7 administration expenses: $ 13,652.68
Remaining balance: $ 71,307.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 71,307.90

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 71,307.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,760.82 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Alliant Credit Union | 10,113.51 | 0.00 | 10,113.51 |
| 2 | American Express Bank, FSB | 2,233.99 | 0.00 | 2,233.99 |
| 3 | PYOD, LLC its successors and assigns as assignee | 2,103.87 | 0.00 | 2,103.87 |
| 4 | PYOD, LLC its successors and assigns as assignee | 2,904.76 | 0.00 | 2,904.76 |
| 5 | PYOD, LLC its successors and assigns as assignee | 1,567.05 | 0.00 | 1,567.05 |
| 6 | PYOD, LLC its successors and assigns as assignee | 2,021.55 | 0.00 | 2,021.55 |
| 7 | Department Store National Bank | 2,328.38 | 0.00 | 2,328.38 |
| 8 | Department Store National Bank | 870.31 | 0.00 | 870.31 |
| 9 | Citibank, N.A. | 3,617.40 | 0.00 | 3,617.40 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 27,760.82 |
| Remaining balance: | $ | 43,547.08 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 43,547.08 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 43,547.08 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $39.15. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 43,507.93.

**UST Form 101-7-TFR (05/1/2011)**