**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| TERPENING, GUY P. | ) | |
| | ) | CASE NO. 15-33689 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:    HONORABLE A. Benjamin Goldgar
       BANKRUPTCY JUDGE

NOW COMES <u>ILENE F. GOLDSTEIN</u>, Trustee herein, pursuant to 11 U.S.C. §330, and requests $<u>7,824.60</u> as compensation, $<u>0.00</u> of which has previously been paid, and $<u>0.00</u> for reimbursement of expenses, $<u>0.00</u> amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $<u>91,492.07</u>. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $    1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $    4,500.00 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $    2,074.60 | ($47,500.00 maximum) |
| 3% of balance | $        0.00 | |
| | | |
| TOTAL COMPENSATION | $    7,824.60 | |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                              $_____0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: <u>March 18, 2016</u>            <u>/s/ Ilene F. Goldstein, Trustee</u>
                                                         ILENE F. GOLDSTEIN, Trustee
                                                         Law Offices
                                                         900 Skokie Blvd
                                                         Suite 128
                                                         Northbrook, IL  60062