**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:    TERPENING, GUY P.    §    Case No. 15-33689
                               §
                               §
Debtor(s)                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **4/29/2016 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/18/2016          By:    /s/ Ilene F. Goldstein
                                        Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: TERPENING, GUY P. § <br> § <br> § <br> Debtor(s) § | Case No. 15-33689 |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 150,000.00 |
| *and approved disbursements of* | $ 65,039.42 |
| *leaving a balance on hand of* [1] | $ 84,960.58 |
| **Balance on hand:** | $ 84,960.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 84,960.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 7,824.60 | 0.00 | 7,824.60 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 5,650.00 | 0.00 | 5,650.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 178.08 | 0.00 | 178.08 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,652.68 |
| Remaining balance: | $ 71,307.90 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 71,307.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 71,307.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,760.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Alliant Credit Union | 10,113.51 | 0.00 | 10,113.51 |
| 2 | American Express Bank, FSB | 2,233.99 | 0.00 | 2,233.99 |
| 3 | PYOD, LLC its successors and assigns as assignee | 2,103.87 | 0.00 | 2,103.87 |
| 4 | PYOD, LLC its successors and assigns as assignee | 2,904.76 | 0.00 | 2,904.76 |
| 5 | PYOD, LLC its successors and assigns as assignee | 1,567.05 | 0.00 | 1,567.05 |
| 6 | PYOD, LLC its successors and assigns as assignee | 2,021.55 | 0.00 | 2,021.55 |
| 7 | Department Store National Bank | 2,328.38 | 0.00 | 2,328.38 |
| 8 | Department Store National Bank | 870.31 | 0.00 | 870.31 |
| 9 | Citibank, N.A. | 3,617.40 | 0.00 | 3,617.40 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 27,760.82 |
| Remaining balance: | $ | 43,547.08 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---:|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 43,547.08 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---:|---:|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 43,547.08 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $39.15. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $43,507.93.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 15-33689-ABG
Guy P. Terpening                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ahamilton              Page 1 of 3              Date Rcvd: Mar 30, 2016
                               Form ID: pdf006              Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2016.
```
db              +Guy P. Terpening,    1525 Melrose Ave.,    Waukegan, IL 60085-5320
23774672        +AR Resources Inc,    3107 Spring Flen Road,    Suite 214,    Jacksonville, FL 32207-5922
23774662         Alliant Energy,    PO Box 1666,    Des Plaines, IL 60017-1666
23774665        +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
23774663         American Express,    BOX 0001,    Los Angeles, CA 90096-8000
23774664        +American Express,    777 Amercian Expressway C,    Fort Lauderdale, FL 33337-0001
24169978         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23774670        +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
23774671        +Amr Eagle Bk,    556 Randall Road,    South Elgin, IL 60177-3315
23774673         Barclay,    PO BOX 60517,    City of Industry, CA 91716-0517
23774674        +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
23774681        #Best Buy Credit Services,    PO Box 688910,    Des Moines, IA 50368-8910
23774682        +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
23774708       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
23774719       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Goodyear Credit Plan,     PO BOX 183015,    Columbus, OH 43218-3015)
23774685        +Cap1/bstby,    Po Box 30253,    Salt Lake City, UT 84130-0253
23774686        +Cap1/carsn,    Po Box 30253,    Salt Lake City, UT 84130-0253
23774687        +Cap1/mnrds,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
23774688        +Cap1/neimn,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
23774689       #+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
23774690        +Capital One,    Attn: Bankruptcy,    Pob 30253,    Salt Lake City, UT 84130-0253
23774691        +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
23774692        +Cb/carson,    3100 Easton Square Pl,    Columbus, OH 43219-6232
23774694        +Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
23774693        +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
23774695        +Charter 1 Cc,    1000 Lafayette Blv,    Bridgeport, CT 06604-4725
23774696        +Chase Bp Prvt Lbl,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
23774697        +Chase Card,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
23774698        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23774701         Chase Freedom,    Cardmember Services,    PO BOX 15153,    Wilmington, DE 19886-5153
23774702        +Chase/circuitcity,    Po Box 15298,    Wilmington, DE 19850-5298
23774703        +Citi,   CitiorpCredit Services/Centralized Bankr,     Po Box 790040,    Saint Louis, MO 63179-0040
23774704         Citi Cards,    Processing Center,    Des Moines, IA 50363-0005
23774705        +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
23774706        +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
23774707         Citibank / Citicards,    PO BOX 78045,    Phoenix, AZ 85062-8045
24241863        +Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
23774709        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
23774712        +Comenity Bank/Pottery Barn,    Attention: Bankruptcy,    P.O. Box 182125,
                 Columbus, OH 43218-2125
23774711        +Comenity Bank/buckle,    Po Box 182789,    Columbus, OH 43218-2789
23774714         Costco American Express,    Box 0001,    Los Angeles, CA 90096-8000
24241845         Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
23774715        +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
23774717         Expedia,    PO BOX 78045,    Phoenix, AZ 85062-8045
23774718        +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
23774720        +Goodyr/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
23774721        +Hsbc/mitsu,    Attention: HSBC Retail Services,    Po Box 5263,    Carol Stream, IL 60197-5263
23774722        +IL Bone and Joint Institute,    5057 Paysphere Circuit,    Chicago, IL 60674-0001
23774724        +Macys,    PO Box 8218,    Mason, OH 45040-8218
23774725         Macys American Express Account,    PO BOX 183084,    Columbus, OH 43218-3084
23774728        +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
23774730        +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
23774729        +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
23774745       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,     Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
23774743        +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
23774744        +Tdrcs/michael Hill Jew,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
23774755        +Vireo Emergency Physicians LLC,    PO BOX 38031,    Philadelphia, PA 19101-0776
23774756        +Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 3                   Date Rcvd: Mar 30, 2016
                              Form ID: pdf006              Total Noticed: 77


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23774661       E-mail/Text: bankruptcy@alliantcreditunion.com Mar 31 2016 00:54:36     Alliant Credit Union,
                 11545 W. Touhy Avenue,   Chicago, IL 60666
23774669      +E-mail/PDF: cbp@springleaf.com Mar 31 2016 00:58:45
                 American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,   Evansville, IN 47731-3251
23774676       E-mail/Text: dob@bcu.org Mar 31 2016 00:54:39      Baxter Credit Union,
                 400 N. Lakeview Parkway,   Vernon Hills, IL 60061
23774723      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 31 2016 00:53:03      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
24194701      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 31 2016 00:58:55
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
23774731       E-mail/PDF: cbp@springleaf.com Mar 31 2016 00:58:45      Springleaf,   PO BOX 790368,
                 Saint Louis, MO 63179-0368
24046246       E-mail/PDF: cbp@springleaf.com Mar 31 2016 00:59:04      Springleaf Financial,   Po box 3251,
                 Evansville, IN 47731-3251
23774726       E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:24      Sam's Club/Synchrony Bank,
                 PO BOX 530942,   Atlanta, GA 30353-0942
23774727      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:04      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
23774732      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:58:45      Syncb/grants Appliance,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
23774734      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:24      Syncb/home Design Furn,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
23774735      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:05      Syncb/mohawk,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
23774736       E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:05      Synchrony Bank / Amazon,
                 PO BOX 960013,   Orlando, FL 32896-0013
23774737      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:58:46      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
23774738      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:58:46      Synchrony Bank/JC Penny,
                 Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
23774739      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:05      Synchrony Bank/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
23774741      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:05      Synchrony Bank/Lowes Pc,
                 Attn:Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
23774742      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:25      Synchrony Bank/PayPal Cr,
                 Attn:Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
23774746      +E-mail/Text: bankruptcy@alliantcreditunion.com Mar 31 2016 00:54:36     Untd Air Ecu,
                 Alliant Credit Union/Attn: LPR Departmen,   Po Box 66945,   Chicago, IL 60666-0945
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23774680       Best Buy
23774683       Cap1/bstby
23774684       Cap1/bstby
23774668*     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
23774666*     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
23774667*     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
23774677*    ++BAXTER CREDIT UNION,   COLLECTION DEPARTMENT,   PO BOX 8133,   VERNON HILLS IL 60061-8133
               (address filed with court: Baxter Ecu/BCU,    340 N Milwaukee Ave.,   Attn: Bankruptcy,
                 Vernon Hills, IL 60061)
23774678*    ++BAXTER CREDIT UNION,   COLLECTION DEPARTMENT,   PO BOX 8133,   VERNON HILLS IL 60061-8133
               (address filed with court: Baxter Ecu/BCU,    340 N Milwaukee Ave.,   Attn: Bankruptcy,
                 Vernon Hills, IL 60061)
23774679*    ++BAXTER CREDIT UNION,   COLLECTION DEPARTMENT,   PO BOX 8133,   VERNON HILLS IL 60061-8133
               (address filed with court: Baxter Ecu/BCU,    340 N Milwaukee Ave.,   Attn: Bankruptcy,
                 Vernon Hills, IL 60061)
23774675*     +Barclays Bank Delaware,   Attn: Bankruptcy,   P.O. Box 8801,   Wilmington, DE 19899-8801
23774700*     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
23774699*     +Chase Card,   201 N. Walnut St//Del-1027,   Wilmington, DE 19801-2920
23774710*     +Citibank/The Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                 Saint Louis, MO 63179-0040
23774713*     +Comenity Bank/Pottery Barn,   Attention: Bankruptcy,   P.O. Box 182125,
                 Columbus, OH 43218-2125
23774716*     +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
23774733*     +Syncb/grants Appliance,   C/o Po Box 965036,   Orlando, FL 32896-0001
23774740*     +Synchrony Bank/Lowes,   Attention: Bankruptcy Department,   Po Box 103104,
                 Roswell, GA 30076-9104
23774754*     +Untd Air Ecu,   Alliant Credit Union/Attn: LPR Departmen,   Po Box 66945,
                 Chicago, IL 60666-0945
23774747*     +Untd Air Ecu,   Alliant Credit Union/Attn: LPR Departmen,   Po Box 66945,
                 Chicago, IL 60666-0945
23774748*     +Untd Air Ecu,   Alliant Credit Union/Attn: LPR Departmen,   Po Box 66945,
                 Chicago, IL 60666-0945
```

```
District/off: 0752-1          User: ahamilton             Page 3 of 3                   Date Rcvd: Mar 30, 2016
                              Form ID: pdf006             Total Noticed: 77

              ***** BYPASSED RECIPIENTS (continued) *****
23774749*        +Untd Air Ecu,    Alliant Credit Union/Attn: LPR Departmen,    Po Box 66945,
                   Chicago, IL 60666-0945
23774750*        +Untd Air Ecu,    Alliant Credit Union/Attn: LPR Departmen,    Po Box 66945,
                   Chicago, IL 60666-0945
23774751*        +Untd Air Ecu,    Alliant Credit Union/Attn: LPR Departmen,    Po Box 66945,
                   Chicago, IL 60666-0945
23774752*        +Untd Air Ecu,    Alliant Credit Union/Attn: LPR Departmen,    Po Box 66945,
                   Chicago, IL 60666-0945
23774753*        +Untd Air Ecu,    Alliant Credit Union/Attn: LPR Departmen,    Po Box 66945,
                   Chicago, IL 60666-0945
                                                                                          TOTALS: 3, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2016 at the address(es) listed below:
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
               il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,   IL35@ecfcbis.com
              James J. Burns, Jr.    on behalf of Debtor 1 Guy P. Terpening jim@burnsbankruptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 5
```