## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: TERPENING, GUY P. § Case No. 15-33689
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $15,950.00          Assets Exempt: $19,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$27,799.97          Claims Discharged
Without Payment: $0.00

Total Expenses of Administration:$63,692.10

3)  Total gross receipts of $      150,000.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      58,507.93  (see **Exhibit 2**), yielded net receipts of  $91,492.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 63,692.10 | 63,692.10 | 63,692.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 27,799.97 | 27,799.97 | 27,799.97 |
| **TOTAL DISBURSEMENTS** | $0.00 | $91,492.07 | $91,492.07 | $91,492.07 |

4)  This case was originally filed under Chapter 7 on October 02, 2015. The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __10/20/2016_____     By:__/s/ILENE F. GOLDSTEIN_____
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim - value unknown. | 1129-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | $150,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Guy Terpening | Exemption | 8100-002 | 15,000.00 |
| TERPENING, GUY P. | Dividend paid 100.00% on $43,507.93; Claim# SURPLUS; Filed: $43,507.93; Reference: | 8200-002 | 43,507.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $58,507.93 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 7,824.60 | 7,824.60 | 7,824.60 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 5,650.00 | 5,650.00 | 5,650.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 178.08 | 178.08 | 178.08 |
| Thomas A. Goldrick and Law Offices of Mahoney Crowe & Goldri | 3210-600 | N/A | 50,000.00 | 50,000.00 | 50,000.00 |
| Thomas A. Goldrick and Law Offices of Mahoney Crowe & Goldri | 3220-610 | N/A | 39.42 | 39.42 | 39.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $63,692.10 | $63,692.10 | $63,692.10 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alliant Credit Union | 7100-000 | N/A | 10,113.51 | 10,113.51 | 10,113.51 |
| 1I | Alliant Credit Union | 7990-000 | N/A | 14.26 | 14.26 | 14.26 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 2,233.99 | 2,233.99 | 2,233.99 |
| 2I | American Express Bank, FSB | 7990-000 | N/A | 3.15 | 3.15 | 3.15 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,103.87 | 2,103.87 | 2,103.87 |
| 3I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 2.97 | 2.97 | 2.97 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,904.76 | 2,904.76 | 2,904.76 |
| 4I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 4.10 | 4.10 | 4.10 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,567.05 | 1,567.05 | 1,567.05 |
| 5I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 2.21 | 2.21 | 2.21 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,021.55 | 2,021.55 | 2,021.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | | 2.85 | 2.85 | 2.85 |
| 7 | Department Store National Bank | 7100-000 | N/A | | 2,328.38 | 2,328.38 | 2,328.38 |
| 7I | Department Store National Bank | 7990-000 | N/A | | 3.28 | 3.28 | 3.28 |
| 8 | Department Store National Bank | 7100-000 | N/A | | 870.31 | 870.31 | 870.31 |
| 8I | Department Store National Bank | 7990-000 | N/A | | 1.23 | 1.23 | 1.23 |
| 9 | Citibank, N.A. | 7100-000 | N/A | | 3,617.40 | 3,617.40 | 3,617.40 |
| 9I | Citibank, N.A. | 7990-000 | N/A | | 5.10 | 5.10 | 5.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $0.00 | $27,799.97 | $27,799.97 | $27,799.97 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-33689

**Case Name:** TERPENING, GUY P.

**Period Ending:** 10/20/16

**Trustee:** (330290)   ILENE F. GOLDSTEIN

**Filed (f) or Converted (c):** 10/02/15 (f)

**§341(a) Meeting Date:** 11/12/15

**Claims Bar Date:** 02/23/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account - Alliant Credit Union <br> Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 2  Checking account - Baxter Credit Union <br> Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 3  Older miscellaneous furniture <br> Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4  Men's clothes, shoes, coats <br> Imported from original petition Doc# 1 | 450.00 | 0.00 | | 0.00 | FA |
| 5  Workers Compensation Claim <br> Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 6  Personal injury claim - value unknown. <br> Imported from original petition Doc# 1 | 25,000.00 | 10,000.00 | | 150,000.00 | FA |
| 7  2005 Ford F250 pick-Up truck with over 107,000 m <br> Imported from original petition Doc# 1 | 9,650.00 | 9,650.00 | | 0.00 | FA |
| 8  2014 Flatbead trailer 7x18 <br> Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9  1995 Harley Davidson Motorcycle with over 35,000 <br> Imported from original petition Doc# 1 | 2,500.00 | 100.00 | | 0.00 | FA |
| 10  20-year old handtools <br> Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| **10  Assets   Totals** (Excluding unknown values) | **$40,950.00** | **$19,750.00** | | **$150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-33689 | |
| **Case Name:** | TERPENING, GUY P. | |
| **Taxpayer ID #:** | **-***0945 | |
| **Period Ending:** | 10/20/16 | |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/11/16 | {6} | Mahoney Crowe & Goldrick CFA | PERSONAL INJURY SETTLEMENT | 1129-000 | 150,000.00 | | 150,000.00 |
| 03/16/16 | 101 | Thomas A. Goldrick and Law Offices of Mahoney Crowe & Goldri | Special Counsel Fees | 3210-600 | | 50,000.00 | 100,000.00 |
| 03/16/16 | 102 | Thomas A. Goldrick and Law Offices of Mahoney Crowe & Goldri | Special Counsel expenses | 3220-610 | | 39.42 | 99,960.58 |
| 03/16/16 | 103 | Guy Terpening | Exemption | 8100-002 | | 15,000.00 | 84,960.58 |
| 05/05/16 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5,650.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,650.00 | 79,310.58 |
| 05/05/16 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $178.08, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 178.08 | 79,132.50 |
| 05/05/16 | 106 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $7,824.60, Trustee Compensation;  Reference: | 2100-000 | | 7,824.60 | 71,307.90 |
| 05/05/16 | 107 | Alliant Credit Union | Dividend paid 100.00% on $10,113.51; Claim# 1; Filed: $10,113.51; Reference: | 7100-000 | | 10,113.51 | 61,194.39 |
| 05/05/16 | 108 | American Express Bank, FSB | Dividend paid 100.00% on $2,233.99; Claim# 2; Filed: $2,233.99; Reference: | 7100-000 | | 2,233.99 | 58,960.40 |
| 05/05/16 | 109 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $2,103.87; Claim# 3; Filed: $2,103.87; Reference: | 7100-000 | | 2,103.87 | 56,856.53 |
| 05/05/16 | 110 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $2,904.76; Claim# 4; Filed: $2,904.76; Reference: | 7100-000 | | 2,904.76 | 53,951.77 |
| 05/05/16 | 111 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $1,567.05; Claim# 5; Filed: $1,567.05; Reference: | 7100-000 | | 1,567.05 | 52,384.72 |
| 05/05/16 | 112 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $2,021.55; Claim# 6; Filed: $2,021.55; Reference: | 7100-000 | | 2,021.55 | 50,363.17 |
| 05/05/16 | 113 | Department Store National Bank | Dividend paid 100.00% on $2,328.38; Claim# 7; Filed: $2,328.38; Reference: | 7100-000 | | 2,328.38 | 48,034.79 |
| 05/05/16 | 114 | Department Store National Bank | Dividend paid 100.00% on $870.31; Claim# 8; Filed: $870.31; Reference: | 7100-000 | | 870.31 | 47,164.48 |
| 05/05/16 | 115 | Citibank, N.A. | Dividend paid 100.00% on $3,617.40; Claim# 9; Filed: $3,617.40; Reference: | 7100-000 | | 3,617.40 | 43,547.08 |
| 05/05/16 | 116 | Alliant Credit Union | Dividend paid 100.00% on $14.26; Claim# 1I; Filed: $14.26; Reference: | 7990-000 | | 14.26 | 43,532.82 |
| 05/05/16 | 117 | Citibank, N.A. | Dividend paid 100.00% on $5.10; Claim# 9I; Filed: $5.10; Reference: | 7990-000 | | 5.10 | 43,527.72 |
| 05/05/16 | 118 | TERPENING, GUY P. | Dividend paid 100.00% on $43,507.93; Claim# SURPLUS; Filed: $43,507.93; Reference: | 8200-002 | | 43,507.93 | 19.79 |
| 05/05/16 | 119 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 19.79 | 0.00 |

Subtotals :          $150,000.00          $150,000.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-33689 | |
| **Case Name:** | TERPENING, GUY P. | |
| | | |
| **Taxpayer ID #:** | **-***0945 | |
| **Period Ending:** | 10/20/16 | |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%     3.15<br>on $3.15; Claim# 2I;<br>Filed: $3.15 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%     2.97<br>on $2.97; Claim# 3I;<br>Filed: $2.97 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%     4.10<br>on $4.10; Claim# 4I;<br>Filed: $4.10 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%     2.21<br>on $2.21; Claim# 5I;<br>Filed: $2.21 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%     2.85<br>on $2.85; Claim# 6I;<br>Filed: $2.85 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%     3.28<br>on $3.28; Claim# 7I;<br>Filed: $3.28 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%     1.23<br>on $1.23; Claim# 8I;<br>Filed: $1.23 | 7990-000 | | | 0.00 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 150,000.00 | 150,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 150,000.00 | 150,000.00 | |
| | Less: Payments to Debtors | | 58,507.93 | |
| | **NET Receipts / Disbursements** | **$150,000.00** | **$91,492.07** | |

| | |
|---|---|
| Net Receipts : | 150,000.00 |
| Less Payments to Debtor : | 58,507.93 |
| Net Estate : | $91,492.07 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5666** | **150,000.00** | **91,492.07** | **0.00** |
| | **$150,000.00** | **$91,492.07** | **$0.00** |

{} Asset reference(s)